VIRGINIA M. MONROE, Appellant, *v.* ANTONIO MUSICA et
al., Defendants.

TEMPLE BAR REALTY CO., INC., Respondent.

*Monroe* v. *Musica,* 166 App. Div. 929, affirmed.
(Argued January 11, 1916; decided January 25, 1916.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
January 22,. 1915, which reversed an order of Special
Term directing the respondent herein to complete his pur-
chase of premises sold in foreclosure and denying his
motion to be relieved therefrom on the ground of defec-
tive title. The objections raised by the purchaser arise
solely out of a proceeding brought in January, 1898, to
sell a portion of the mortgaged premises for the payment
of a former deceased owner's debts, through which pro-
ceeding said mortgagor acquired title and may be briefly
stated as follows: (1) That the proceedings are invalid
and do not bind an infant heir. (2) That the proceedings
do not determine the rights of the wife, if any, of a son
of decedent. (3) That the bond given by the administra-
tor was insufficient in amount. (4) That there is no evi-
dence or finding by the surrogate that an amount suffi-
cient to pay the decedent's debts could not be raised by
mortgage. (5) That the proceedings were not com-
menced within three years after letters of administration
were first issued to the administrator.

*Henry M. Bellinger, Jr.,* and *James McBrien* for
appellant.

*Samuel A. Telsey* for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN,
CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.